# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT LINZY BELLON,

    Petitioner,

v.

WARDEN BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 3:19-cv-00118-RCJ-WGC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus, under 28 U.S.C. § 2241, by Robert Linzy Bellon, a Nevada prisoner. Bellon claims the Nevada Department of Corrections has miscalculated his parole eligibility date in a manner that violates his federal constitutional rights. While reserving judgment regarding the procedural viability and merits of Bellon's petition, the Court determines that it warrants a response by the respondents. The respondents will be served with the petition and will be directed to show cause why the writ should not be granted. *See* 28 U.S.C. § 2243.

    **IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to add Aaron D. Ford, Attorney General of the State of Nevada, as counsel for Respondents.

    **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve upon Respondents a copy of the petition for writ of habeas corpus, and a copy of this order.

    **IT IS FURTHER ORDERED** that Respondents will have 30 days from the date of this order to file a notice of appearance.

    **IT IS FURTHER ORDERED** that Respondents will have 60 days from the date of this order to answer or otherwise respond to the petition.

1

**IT IS FURTHER ORDERED** that, if Respondents file an answer, Petitioner will have 60 days from the date on which the answer filed to file a reply. If Respondents file a motion to dismiss, Petitioner will have 60 days from the date on which the motion is filed to file a response to the motion to dismiss, and Respondents will, thereafter, have 30 days to file a reply.

DATED THIS 1st day of March, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE