UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LINZY BELLON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00118-RCJ-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

In this habeas corpus action, the respondents were due to file a response to Robert Linzy Bellon's habeas petition by April 30, 2019. *See* Order entered March 1, 2019 (ECF No. 3).

On April 30, 2019, Respondents filed a motion for extension of time (ECF No. 9), requesting a 30-day extension of time, to May 30, 2019, to file their response. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 9) is **GRANTED**. Respondents will have until and including **May 30, 2019**, to file their response to the petition for writ of habeas corpus.

///

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 1, 2019 (ECF No. 3) will remain in effect.

DATED THIS 1st day of May, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE