UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT LINZY BELLON,

    Petitioner,

v.

WARDEN BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 3:19-cv-00118-RCJ-WGC

**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL (ECF NO. 23)**

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, by Robert Linzy Bellon, a Nevada prisoner. In an order entered on December 20, 2019 (ECF No. 20), the Court granted the respondents' motion to dismiss (ECF No. 15), and dismissed this action, and judgment was entered accordingly (ECF No. 21). Bellon filed a notice of appeal on December 31, 2019 (ECF No. 22)

On December 31, 2019, Bellon also filed a motion for leave to proceed *in forma pauperis* on appeal (ECF No. 23). Bellon did not proceed *in forma pauperis* in this Court; rather, he paid the filing fee for this action (ECF No. 1). The Court will deny Bellon's motion and will certify that his appeal is not taken in good faith.

28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith standard is an objective one, the question being whether the petitioner seeks review of any issue that is "not frivolous." *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 551 (9th Cir. 1977). For purposes of section 1915, an appeal is frivolous if it lacks any arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319, 324–25 (1989); *Franklin v. Murphy*, 745 F.2d 1221, 1225 (9th Cir. 1984). Here, the Court can discern no non-frivolous ground for Bellon's appeal. The

grounds upon which the Court granted Respondents' motion to dismiss and dismissed this action were beyond any reasonable debate. The Court will, therefore, certify that Bellon's appeal is not taken in good faith, within the meaning of 28 U.S.C. § 1915(a)(3), and will, accordingly, deny Bellon's motion for leave to proceed *in forma pauperis* on appeal.

**IT IS THEREFORE ORDERED** that the Court certifies that the appeal in this action is not taken in good faith, within the meaning of 28 U.S.C. § 1915(a)(3).

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to Appeal *in Forma Pauperis* (ECF No. 23) is **DENIED**.

DATED THIS 19th day of February, 2020.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE